UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

USA

    - against -

FHDO AL SAIDI,

               Defendant.

------------------------------------------------X

16 Cr. 00350-02 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated November 7, 2016, is approved and accepted.

SO ORDERED.

Nelson S. Román
United States District Judge

Dated: White Plains, NY
       November 9, 2016



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2016